AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| GENESIS RUIZ, et al.<br><br>(see attached rider)<br><br>*Plaintiff(s)*<br>v.<br>FADMO HEALTH AND HOMECARE AGENCY INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  24-cv-1969 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FADMO HEALTH AND HOMECARE AGENCY INC.
194 Targee Street
Staten Island, New York 10304

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   EISNER DICTOR & LAMADRID, P.C.
39 Broadway, Suite 1540
New York, NY 10006

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 03/18/2024

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*

**Rider to Summons**

**Names of Plaintiffs**:

GENESIS RUIZ, NOHEMY ARRIOLA, ODILIA ARRIOLA, MELANIA BATIZ, MARLA BERNARDEZ LACAYO, IRSA CASTILLO, CATALINA COLON, LESLY CRISANTO RAMOS, YASMIN GARCIA, JOSELINE MARTINEZ, CELESTINA MEJIA, MIRTHA MEJIA, BERTHA MELENDEZ, BLANCA YOLANDA MINCHALA ROCHEZ, CLAUDIA MIRANDA ROCHEZ, JUANA PALACIOS NORALES, and EVANE RAMOS.